## 28894.   HOLTON v. KEA.

SUTTON, J.   Where an appeal in forma pauperis was entered within the time required by law, from a judgment for more than $50 in a justice's court, and when the case was called for trial in the superior court counsel for the appellee made a motion to dismiss the appeal because it did not show that it had ever been filed in the justice's court, it was error to dismiss the appeal, where it appeared from the uncontroverted extrinsic evidence that the appeal was actually filed within the time required by law with the magistrate who rendered the judgment, although he had failed to sign his name to an entry on the appeal, showing that it was filed with him.   *Pearce* v. *Renfroe*, 68 *Ga.* 194; *Norrell* v. *Morrison*, 99 *Ga.* 317 (25 S. E. 700) ; *Veruki* v. *Savannah Electric Co.*, 10 *Ga. App.* 201 (73 S. E. 41).   See Code, §§ 6-301, 6-302, 6-304, as to when and how such an appeal may be entered and transmitted to the superior court.   *Judgment reversed.   Stephens, P. J., and Felton, J., concur.*

DECIDED APRIL 21, 1941.

*H. J. Lawrence,* for plaintiff.